THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL F. CONNOLLY, Appellant.— Appeal by defendant from an order of the County Court, Queens County, in the nature of *coram nobis*, denying his motion to vacate and set

aside a judgment convicting him of grand larceny in the second degree. Order affirmed. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.